UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID HOGAN,<br><br>Defendant | Criminal No.<br><br>Violation:<br><br>Count One: Wire Fraud<br>(18 U.S.C. § 1343)<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 981(a)(1)(C) and<br>28 U.S.C. § 2461) |

INFORMATION

The United States Attorney alleges:

General Allegations

1. The defendant, DAVID HOGAN, resided in Worcester, Massachusetts.

2. Victim #1, whose identity is known to the United States Attorney, was a resident of New York.

3. Car Dealership #1 was located in the Greater Boston area. The identity of Car Dealership #1 is known to the United States Attorney.

Scheme to Defraud

4. In or about April 2021, HOGAN engaged in a scheme to defraud Car Dealership #1. The purpose of the scheme to defraud was to fraudulently purchase a Jeep Wrangler Rubicon for approximately $56,208.44 from Car Dealership #1, while using the identity of Victim #1 in the course of attempting to fraudulently purchase the Jeep.

1

Acts in Furtherance of the Scheme to Defraud

5. On or about March 31, 2021, HOGAN provided a counterfeit check in the amount of $56,208.44 to Car Dealership #1 to purchase the Jeep Rubicon.

6. On or about April 9, 2021, after Car Dealership #1 did not receive payment upon deposit of the check because the relevant account had been frozen, HOGAN caused an email to be sent by Car Dealership #1 to HOGAN with wiring instructions for payment for the Jeep Rubicon.

COUNT ONE
Wire Fraud
(18 U.S.C. § 1343)

The United States Attorney charges:

6. The United States Attorney re-alleges and incorporates by reference paragraphs 1-6 of this Information.

7. On or about April 9, 2021, in Worcester, in the District of Massachusetts, and elsewhere, the defendant,

DAVID HOGAN,

committed wire fraud, that is, having devised and intending to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, did transmit and cause to be transmitted, by means of wire communications in interstate and foreign commerce, writings, signs, signals, pictures and sounds, for the purpose of executing the scheme to defraud, in violation of Title 18, United States Code, Section 1343.

All in violation of Title 18, United States Code, Section 1343.

## FORFEITURE ALLEGATION
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

The United States Attorney further alleges:

8. Upon conviction of the offense in violation of Title 18, United States Code, Section 1343, set forth in Count One of this Information, the defendant,

DAVID HOGAN,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By: */s/ John T. Mulcahy*
John T. Mulcahy
Assistant United States Attorney

Dated:     March 4, 2022